No. 94–1614. WISCONSIN *v.* CITY OF NEW YORK ET AL.;

No. 94–1631. OKLAHOMA *v.* CITY OF NEW YORK ET AL.; and

No. 94–1985. DEPARTMENT OF COMMERCE ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 9, 1995. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 8, 1995. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 28, 1995. This Court's Rule 29.2 does not apply. Reported below: 34 F. 3d 1114.

No. 94–1664. KOON *v.* UNITED STATES; and

No. 94–8842. POWELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari in No. 94–1664 granted limited to Question 1 presented by the petition. Motion of petitioner in No. 94–8842 for leave to proceed *in forma pauperis* granted. Certiorari in No. 94–8842 granted limited to Question 4 presented by the petition. Cases consolidated and a total of one hour allotted for oral argument. Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 9, 1995. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, December 8, 1995. Reply briefs, if any, are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 28, 1995. This Court's Rule 29.2 does not apply. Reported below: 34 F. 3d 1416.